UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-20358-CIV-MORENO

TEODORO JULIO GONZALEZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE THE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence **(D.E. No. 11)**, filed on **April 28, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 20)** on **February 9, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 20)** on **February 9, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence is DENIED;

(2)    Petitioner's motion to file a belated objection to the Magistrate's Report and

Recommendations is DENIED in light of the fact that the Report was filed on **February 9, 2009**;

(3)   This case is CLOSED and all other pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record